**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | )  CHAPTER 11 |
| SHEPHERDS HILL DEVELOPMENT, | )  CASE NO. 99-110087 (MAF) |
| CO., LLC, | ) |
| | ) |
| | ) |
| Debtor, | ) |
| | ) |

CERTIFICATE OF SERVICE

I hereby certify that on this, the 13th day of May 2021, true and correct copies of the

SHEPHERDS HILL DEVELOPMENT PROPONENT GROUP, LLC'S OBJECTION

TO MOTION FOR DETERMINATION was electronically served on the following parties:

Edmond Ford, Esquire, Chapter 11 Trustee, 10 Pleasant Street, Portsmouth, NH 03801; Jesse I.

Redlener, Esquire, 204 Andover St., Ste. 401, Andover, MA 01810; D. Ethan Jeffery, Esquire,

MURPHY & KING, PC One Beacon Street Boston, MA 02108-3107, and all other creditors and

interested parties requesting electronic service.

/s/ Michael J. Scott
Michael J. Scott