## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| _____ ) | | |
| In re: ) | | |
| ) | CHAPTER 11 | |
| SHEPHERDS HILL DEVELOPMENT, ) | CASE NO. 99-110087 (MAF) | |
| CO., LLC, ) | HEARING DATE: 05/18/2021 | |
| ) | HEARING TIME: 10:00 A.M. | |
| ) | | |
| ) | | |
| Debtor, ) | | |
| _____) | | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this, the 18th day of May 2021, true and correct copies of the

SHEPHERDS HILL PROPONENTS, LLC'S OBJECTION TO MOTION FOR

DETERMINATION (AMENDED) was electronically served on the following parties: Edmond

Ford, Esquire, Chapter 11 Trustee, 10 Pleasant Street, Portsmouth, NH 03801; Jesse I. Redlener,

Esquire, 204 Andover St., Ste. 401, Andover, MA 01810; D. Ethan Jeffery, Esquire, MURPHY &

KING, PC One Beacon Street Boston, MA 02108-3107, and all other creditors and interested

parties requesting electronic service.

<u>/s/ Michael J. Scott</u>
Michael J. Scott
