## UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

In re:                                                                                           Bk. No. 99–11087–MAF
                                                                                                      Chapter 11

Shepherds Hill Development Co., LLC
     Debtor

### NOTICE OF TELEPHONIC HEARING

Pursuant to the Court's Fourteenth General Order dated May 26, 2021 (which can be found on the Court's website at www.nhb.uscourts.gov), the hearing scheduled for **January 4, 2022 at 10:00 a.m.** in the above referenced case will be telephonic.

Attorneys wishing to participate in or listen to the hearing shall utilize the services of CourtCall. All others, including pro se parties, interested in participating in or listening to the hearing must contact the courtroom deputy not later than three business days prior to the hearing at 603–222–2644 to receive instructions on how to do so.

Date: December 14, 2021                                                                                Bonnie L. McAlary
                                                                                                                               Clerk of Court
                                                                                                                               By: /s/ James Lavalley
                                                                                                                               Deputy Clerk

Form ntctelehrg–201